EL PUEBLO, DEMANDANTE Y APELADO, v. MOUX, DEMANDADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 2ª., en un caso de acometimiento y agresión graves.

No. 647.—Resuelto en diciembre 22, 1913.

ACOMETIMIENTO Y AGRESION GRAVES—DELITO CRUEL—PENA LEVE.—Aunque la pena impuesta en este caso de cien dólares o prisión a razón de un día por cada dos dólares que deje el acusado de pagar es leve, teniendo en cuenta la crueldad del delito imputádole, consistente en castigar a un niño suspendiendo su cuerpo de una soga, se confirma la sentencia apelada, pues, no habiéndose presentado exposición del caso, no es posible apreciar si existieron circunstancias atenuantes que influyeran en la imposición de la pena.

Los hechos están expresados en la opinión.

Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

El acusado no compareció.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Esta apelación criminal viene ante nos con sólo el legajo de la sentencia y sin la exposición de hechos ni pliego de excepciones. No hay términos hábiles para la revocación ni nada que justifique el recurso, pues la denuncia expresa un caso claro de acometimiento grave. Por la denuncia sabemos que Leandro Moux, a principios de mayo de 1913, voluntaria y maliciosamente acometió al niño Bernardo Moux, castigándolo cruelmente, suspendiendo su cuerpo de una soga. El crimen imputado parece ser inusitadamente cruel, y el acusado sólo fué condenado al pago de una multa de $100 o en su defecto a un día de prisión por cada $2 que dejare de pagar. Tal pena no parece proporcionada a la gravedad del delito imputado, pero puede acaso justificarse por la concurrencia de circunstancias atenuantes que ignoramos si han existido o nó, pues no tenemos ante nosotros las pruebas practicadas. La sentencia debe confirmarse.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro y Aldrey.

El Juez Asociado Sr. MacLeary no tomó parte en la resolución de este caso.